# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LEE BYERLEY,<br><br>　　　　Plaintiff,<br>　　v.<br>JEFFREY BEARD, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-00150-DLB PC<br><br>**ORDER DENYING PLAINTIFF'S REQUESTS FOR SERVICE AS PREMATURE**<br><br>(ECF Nos. 8 & 9) |

Plaintiff Joshua Lee Byerley ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed this action on February 5, 2014. On March 19, 2014 and May 12, 2014, Plaintiff filed motions requesting service of process on the defendants. (ECF Nos. 8 & 9.)

Because Plaintiff is proceeding in forma pauperis, he is entitled to have process served on his behalf by the United States Marshal. 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3). However, as set forth in the Court's First Informational Order, the Marshal will be directed to initiate service of process only after Plaintiff's complaint has been screened and found to state cognizable claims for relief. 28 U.S.C. § 1915A; First Informational Order, ¶12, ECF No. 3. Therefore, Plaintiff's motion for service shall be denied as premature.

///

///

Accordingly, it is HEREBY ORDERED that Plaintiff's motions for service, filed March 19, 2014 and May 5, 1014, are DENIED as premature.

IT IS SO ORDERED.

Dated:   **August 11, 2014**                              /s/ *Dennis L. Beck*
                                                                UNITED STATES MAGISTRATE JUDGE

2