# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

JOSHUA LEE BYERLEY,

      Plaintiff,

    v.

JEFFREY BEARD, et al.,

      Defendants.

_____/

Case No. 1:14-cv-00150 DLB PC

ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER

FOURTEEN-DAY DEADLINE

      Plaintiff Joshua Lee Byerley ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.  Plaintiff filed this action on February 5, 2014.

      On February 23, 2015, the Court dismissed the complaint with leave to amend.  Plaintiff was ordered to file an amended complaint within thirty (30) days.  Over thirty (30) days have passed and he has not filed an amended complaint, or otherwise contacted the Court.

      Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why the action should not be dismissed for failure to follow a Court order and failure to prosecute.  Plaintiff must file a response to this order within fourteen (14) days.  Plaintiff may also comply with this order by filing an amended complaint pursuant to the February 23, 2015, order.

      Failure to respond to this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **April 23, 2015**                                    /s/ *Dennis L. Beck*
                                                            UNITED STATES MAGISTRATE JUDGE